UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE MURACH and <br> MELISSA AUBUCHON, <br> Plaintiffs <br><br> v. <br><br> J'S FOUR, INC. and <br> JANET ARSENAULT, <br> Defendants | ) <br> ) <br> ) <br> ) <br> )  C.A. No. 05-11265 MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert Wolkon, Esq. and Wolkon and Pascucci, LLP as counsel on behalf of the defendants, J's Four, Inc. and Janet Arsenault, in the above-entitled matter.

Respectfully submitted,

J'S FOUR, INC. AND
JANET ARSENAULT,
By their attorney,

_____
Robert Wolkon, BBO No. 550406
**WOLKON & PASCUCCI, LLP**
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 523-8400

Dated: July 18, 2005

## CERTIFICATE OF SERVICE

I, Robert Wolkon, hereby certify that I have caused a copy of the foregoing document to be served upon Scott A. Lathrop, Esq., Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450 via telefax and first-class mail this 18th day of July, 2005.

_____
Robert Wolkon