SCANNED
DATE: 7-19-05
BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DIANE MURACH and<br>MELISSA AUBUCHON,<br>    Plaintiffs<br><br>v.<br><br>J'S FOUR, INC. and<br>JANET ARSENAULT,<br>    Defendants | )<br>)<br>)<br>)<br>) C.A. No. 05-11265 MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant J's Four, Inc. hereby states that it does not have any parent corporation or any publicly held corporation that owns ten percent or more of its stock.

Respectfully submitted,

J'S FOUR, INC.,
By its attorney,

_____
Robert Wolkon, BBO No. 550406
**WOLKON & PASCUCCI, LLP**
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 523-8400

Dated: July 18, 2005



2

## CERTIFICATE OF SERVICE

    I, Robert Wolkon, hereby certify that I have caused a copy of the foregoing document to be served upon Scott A. Lathrop, Esq., Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450 via telefax and first-class mail this 18th day of July.

_____
Robert Wolkon