UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE MURACH and <br> MELISSA AUBUCHON, <br> Plaintiffs <br><br> v. <br><br> J'S FOUR, INC. and <br> JANET ARSENAULT, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-11265 MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RESPONSE TO MEMORDANDUM AND ORDER
## OF COURT DATED SEPTEMBER 28, 2005

Pursuant to the Memorandum and Order of the Court dated September 28, 2005, this shall serve as notice that the parties have conferred regarding the issue of referral to a Magistrate Judge, and were unable to agree upon such a referral. Therefore, it requested that the District Court Judge retain jurisdiction over this matter.

Respectfully submitted,

J'S FOUR, INC. AND
JANET ARSENAULT,
By their attorney,

_/s/ Robert Wolkon_
Robert Wolkon, BBO No. 550406
**WOLKON & PASCUCCI, LLP**
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 523-8400

Dated: October 17, 2005

## CERTIFICATE OF SERVICE

I, Robert Wolkon, hereby certify that I have caused a copy of the foregoing document to be served upon Scott A. Lathrop, Esq., Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, Massachusetts 01450 by first class mail this 17th day of October, 2005.

_____
Robert Wolkon