UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 21  P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
DIANE MURACH and        )
MELISSA AUBUCHON,       )
    Plaintiffs          )
                        )   C.A. No. 05-11265 MLW
v.                      )
                        )
J'S FOUR, INC. and      )
JANET ARSENAULT,        )
    Defendants          )
                        )

### DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS

Now come the defendants J's Four, Inc. and Janet Arsenault, and hereby move that this Court issue an Order to stay discovery in this case until after a ruling on the Defendants' Motion to Dismiss, which is currently pending before the Court. As grounds for this motion, defendants respectfully direct the Court's attention to the memorandum of law attached hereto.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Rule 7.1(A)(2) of the Local Rules of this Court, the undersigned counsel, hereby certifies that he has conferred in good faith with counsel for the plaintiffs in an effort to resolve or narrow the issues raised in the instant motion.

Respectfully submitted,

J'S FOUR, INC. and JANET ARSENAULT
By their attorney,

_____
Robert Wolkon, BBO No. 550406
**WOLKON & PASCUCCI, LLP**
One Beacon Street, Suite 1320
Boston, MA 02108
(617) 523-8400

Dated: October 20, 2005

### CERTIFICATE OF SERVICE

I, Robert Wolkon, hereby certify that I have caused a copy of the foregoing document to be served upon Scott A. Lathrop, Esq., Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450 via first-class mail this 20th day of October, 2005.

_____
Robert Wolkon