UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred

<u>DIANE MURACH et al</u>

        V.              CA No. <u>05-11265-MLW</u>

<u>J's FOUR, NC. et al</u>

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Alexander</u> for the following proceedings:

(A)   X   Referred for full pretrial case management, including all dispositive motions.

(B)         Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)         Referred for discovery purposes only.

(D)         Referred for Report and Recommendation on:

    (  ) Motion(s) for injunctive relief
    (  ) Motion(s) for judgment on the pleadings
    (  ) Motion(s) for summary judgment
    (  ) Motion(s) to permit maintenance of a class action
    (  ) Motion(s) to suppress evidence
    (X) Motion(s) to dismiss
    (  ) Post Conviction Proceedings[1]
    See Documents Numbered: <u>3, 4, and 6</u>

(E)         Case referred for events only.  See Doc. No(s).

(F)         Case referred for settlement.

(G)         Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)         Special Instructions:

<u>November 16, 2005</u>                        By:    <u>/s/ Dennis O'Leary</u>
Date                                            Deputy Clerk    **(order-ref-mag.wpd - 05/2003)**

---

[1] See reverse side of order for instructions