UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 05-11265 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DIANE MURACH and MELISSA AUBUCHON,    \*
    Plaintiffs    \*
        \*
        \*
v.    \*
        \*
J'S FOUR, INC. and JANET ARSENAULT,    \*
    Defendants    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION
FOR CONTINUANCE (ASSENTED TO**

Plaintiffs Diane Murach and Melissa Aubuchon hereby moves this Court to continue the hearing presently scheduled in this case for January 19, 2006, at 2:00 p.m. The grounds for this motion is that the undersigned is already scheduled to participate in an all day mediation for another court matter.

The undersigned has attempted to communicate with counsel for the defendants, and he has assented to this Motion.

Counsel for the parties offer the following as alternate dates for this hearing:

January 31, 2006; February 2, 7 or 9, 2006.

**WHEREFORE** the hearing in this case should be rescheduled.

Assented to: *Robert Wolkon/sAC*
Robert Wolkon, Esq.
Counsel for Defendants

1

                                        Diane Murach
                                        Melissa Aubuchon
                                        By their attorney

*/s/ Scott A. Lathrop*

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: December 12, 2005

### Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

*/s/ Scott A. Lathrop*

Scott A. Lathrop

Dated: December 12, 2005