Wednesday, December 14, 2005

Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA  01450

RE:  Case # 05-11265 MLW

Dear Mr. Lathrop,

I know you took this case on an contingency basis and as per our conversation yesterday, I am just confirming with you that I cannot morally and ethically continue with this case against J's Four, Inc and Janet Arsenault.

Sincerely,

*[signature]*

Melissa K. Aubuchon
205 Bean Porridge Hill Road
Westminster, MA  01473

cc:  U.S. District Court
      Diane Murach