UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 05-11265 MLW

*********************************************
DIANE MURACH and MELISSA AUBUCHON, *
    Plaintiffs *
     *
     *
v. *
     *
J'S FOUR, INC. and JANET ARSENAULT, *
    Defendants *
*********************************************

### STIPULATION OF VOLUNTARY DISMISSAL BY PLAINTIFF MELISSA AUBUCHON

The plaintiff Melissa Aubuchon and the defendants J'S Four, Inc., and Janet Arsenault hereby stipulate to the dismissal of plaintiff Melissa Aubuchon's action (and her action only) with prejudice and pursuant to the provisions of Rule 41(a)(1)(ii).

| | |
|---|---|
| Melissa Aubuchon | J'S Four, Inc.<br>Janet Arsenault |
| By her attorney | By their attorney |
| /s/ Scott A. Lathrop | /s/ Robert Wolkon |
| Scott A. Lathrop, Esq. | Robert Wolkon, BBO No. 550406 |
| Scott A. Lathrop & Associates | WOLKON & PASCUCCI, LLP |
| 122 Old Ayer Road | One Beacon Street, Suite 1320 |
| Groton, MA 01450 | Boston, MA 02108 |
| (978) 448-8234 | (617) 523-8400 |
| BBO No. 287820 | |
| Dated: December 22, 2005 | Dated: December 22, 2005 |

1