**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**DIANE MURACH,**
               **Plaintiff**

    V.

**J'S FOUR, INC. AND JANET ARSENAULT**
               **Defendant**

**CIVIL ACTION**

**NO.  05-11265-MLW**

**JUDGMENT**

**WOLF, D. J.**

In accordance with the Court's Order dated on **March 30, 2006**, in the above-referenced action, dismissing the plaintiff's complaint, it is hereby ORDERED:

Judgment of dismissal as to Count I and dismissal without prejudice as to Count II for the **defendants.**

                                             By the Court,

**March 31, 2006**                             **/s/ Dennis O'Leary**
    Date                                           **Deputy Clerk**

(judge-dis.wpd - 12/98)                                                  [jgm.]